1028

No. 72–1699. Muscolino v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6934. Siske v. Virginia. Sup. Ct. Va. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6988. Nelson v. Railsback et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–352. Brass v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–374. Union Equity Cooperative Exchange, Inc. v. Commissioner of Internal Revenue. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–377. Osser v. United States. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5188. Nasiriddin v. Maryland. Ct. Sp. App. Md. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5381. Robertson v. Stone, Warden. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.